IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA  PLAINTIFF

v.    CASE NO. 3:24-PO-3060 CDC

THOMAS D. JOHNSON  DEFENDANT

## ORDER OF CONTINUANCE

Defendant's Motion for Continuance (ECF No. 14) was filed on March 5, 2025. The United States has no objection to the Motion. The Court finds that the Motion should be, and hereby is, **GRANTED** based upon its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The time between the trial date of March 10, 2025, and the reset trial date of July 22, 2025, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED t**his 7th day of March 2025.

*Christy Comstock*
CHRISTY COMSTOCK
CHIEF UNITED STATES MAGISTRATE JUDGE